this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Richard W. Donovan, for appellant. Irving S. Abrams, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Edwin E. Perry, appellee, v. Fifield & Stevenson, appellant. Gen. No. 31,512.**

Action for balance due for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

M. A. Weinberg and S. Schmetterer, for appellant. Roy C. Woods and John E. Foster, for appellee; Roy S. Gaskill, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Everett Owens, appellee, v. J. S. Nagel, appellant. Gen. No. 31,521.**

Action on promissory note. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

Frederick Kull, for appellant; Charles E. Heckler, of counsel. Goldman, Allshouse & Healy, for appellee; Robert G. Dreffein, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Thomas J. Sheehan, appellee, v. South-West Trust & Savings Bank, appellant. Gen. No. 31,238.**

Action to recover on check. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

Litsinger, Healy & Reid, for appellant. Defrees, Buckingham & Eaton, for appellee; Don Kenneth Jones, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Hymen Norinsky, appellee, v. Isadore Katz, appellant. Gen. No. 31,257.**

Action to recover on check. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. H. Douglas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed. Opinion filed June 13, 1927.

Frank H. Partridge, for appellant. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.